UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-CV-20371-CMA

FRANCISCO J. PIJUAN,

      Plaintiff,

vs.

J.P. MORGAN CHASE BANK, N.A.,

      Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, FRANCISCO J. PIJUAN, by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. The parties expect to file the appropriate dismissal documents within thirty (30) days.

Respectfully submitted,

/s/Yechezkel Rodal
YECHEZKEL RODAL, ESQ.
Florida Bar No. 91210
LOAN LAWYERS, LLC
*Attorneys for Plaintiff*
2150 S. Andrews Ave., 2nd Floor
Fort Lauderdale, FL 33316
Telephone: (954) 523-4357
Facsimile: (954) 581-2786
chezky@floridaloanlawyers.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on June 29, 2015 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Michael D. Lessne, Esq.
GrayRobinson, P.A.
401 E. Las Olas Blvd., Suite 1000
Fort Lauderdale, FL 33301
Counsel for Defendant
Service by CM/ECF

                                        LOAN LAWYERS, LLC
                                        *Attorneys for Plaintiff*
                                        2150 S. Andrews Ave., 2nd Floor
                                        Fort Lauderdale, FL 33316
                                        Telephone: (954) 523-4357
                                        Facsimile: (954) 581-2786

                                        */s/Yechezkel Rodal*
                                        YECHEZKEL RODAL, ESQ.
                                        Florida Bar No. 91210
                                        chezky@floridaloanlawyers.com