UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-20371-CIV-ALTONAGA/O'Sullivan

**FRANCISCO J. PIJUAN**,

    Plaintiff,
v.

**JPMORGAN CHASE BANK, N.A.**,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

This cause came before the court on the Parties' Joint Stipulation of Voluntary Dismissal with Prejudice [ECF No. 21]. The Court has carefully reviewed the Stipulation and the entire court file. Accordingly, it is

**ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [D.E. 21] is hereby approved, adopted, and ratified by the Court;

2. This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed;

3. The Clerk shall CLOSE this case and DENY any pending motions as moot.

4. As the parties have expressly conditioned the effectiveness of the stipulation on the Court's entry of an order retaining jurisdiction, the Court will retain jurisdiction solely for the purpose of enforcing the settlement agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

CASE NO.: 1:15-20371-CIV-ALTONAGA/O'Sullivan

**DONE AND ORDERED** in chambers in Miami, Florida this 30th day of July, 2015.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record